**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KENNETH TAGGART,           :   No. 485 MAL 2018

        Petitioner             :

                                      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

        v.                       :

                                      :

MORTGAGE ELECTRONIC       :
REGISTRATION SYSTEMS, INC;   :
OCWEN LOAN SERVCING, INC;    :
EVERBANK, MERSCORP, INC.; GINNIE   :
MAE; GMAC MORTGAGE, INC.; ANGELA   :
MCFADDEN; LISA ROACH; ALLY     :
BANK/GMAC MORTGAGE,        :

                                      :
        Respondents        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**. Motion to Waive Requirement of Reproduced Record with Petition for Allowance of Appeal is **GRANTED**.